Eva S. Cochran and Others, as Executors and Trustees, etc., of William F. Cochran, Deceased, Appellants, v. Elizabeth Reich and Others, Respondents, Impleaded with Marx E. Harby, Appellant.— Judgment affirmed, with costs. No opinion. Order to be settled on notice.

R. & S. Realty Company, Respondent, v. Hudson Realty Company and Samuel E. Jacobs, Appellants.— Judgment and order affirmed, with costs. No opinion.

Richard A. Springs and Others, Appellants, v. Hanover National Bank of the City of New York, Respondent.— Judgment and order affirmed, with costs, on opinion in 145 Appellate Division, 188.

Josephine Clements, Respondent, v. J. Morgan Clements, Appellant.— Judgment affirmed, with costs. No opinion.

Westminster Presbyterian Church of West Twenty-third Street, a Domestic Religious Corporation, Appellant, v. Trustees of Presbytery of New York, a Domestic Corporation, Respondent.— Judgment and order affirmed, with costs, on 142 Appellate Division, 855. (Ingraham, P. J., dissented.)

James T. Bunt, as Trustee in Bankruptcy of Thomas O'Brien, a Bankrupt, Appellant, v. Catherine O'Brien and Thomas O'Brien, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion.

Samuel Goldstein, Respondent, v. Herman T. Mendelsohn, Appellant. — Judgment and order affirmed, with costs. No opinion.

Frank M. Hardenbrook, Appellant, v. James L. Quackenbush and Others, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs. No opinion.

Patrick Woods, Appellant, v. David Stephenson Brewing Company, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. F. E. Rosebrock Company, Appellant.— Judgment affirmed. No opinion. (Ingraham, P. J., and Scott, J., dissented.)

The People of the State of New York, Respondent, v. James Ellison, Appellant.— Judgment and order affirmed.

In the Matter of Emma Bachrach.— Motion denied, with ten dollars costs.

In the Matter of the Objections of Morris M. Froelich, Respondent, to the Certificate of Independent Nomination of Joseph Steinberg, Appellant, for the Office of Member of Assembly in the Twenty-ninth Assembly District, New York County.— Order affirmed. No opinion.